JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT NO: 91 A 12315 |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| LETICIA AVILA A/K/A LETICIA CERVANTES | |
| Defendant(s). | |



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from LETICIA AVILA

the sum of $2,585.81 as principal, $418.55 as accrued prejudgment interest, $0 administrative charges, and $0 costs,

plus $0 attorney fees for a total amount of $3,004.36,

plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

AUG 1 9 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California



By: _____
    Deputy Clerk